

INGERMAN AFFORDABLE HOUS-
ING, INC., The Ingerman Group, and
Chatham Apartment Associates, L.P.
by and through their Assignee, Ohio
Casualty Insurance Company and In-
german Construction Company, Inc.
by and through its Assignee, Ohio Ca-
sualty Insurance Company and Ohio
Casualty Insurance Company in its
own right, Appellants

v.

Margolis EDELSTEIN and Walter J.
Timby III, Esquire and Transameri-
can Insurance Group and the Insur-
ance Corporation of New York, Appel-
lees.

Supreme Court of Pennsylvania.

Argued Sept. 11, 2012.

Decided Sept. 28, 2012.

### ORDER

PER CURIAM.

The appeal is dismissed as having been
**IMPROVIDENTLY GRANTED.**

---

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

Melvin T. SHARPE, Jr., Respondent.

Supreme Court of Pennsylvania.

Argued Sept. 11, 2012.

Decided Sept. 28, 2012.

Paul J. Killion, Amelia C. Kittredge,
Disciplinary Board of the Supreme Court
of PA, for Office of Disciplinary Counsel.

Melvin T. Sharpe, Jr., pro se.

### ORDER

PER CURIAM.

Upon consideration of the Report and
Recommendations of the Disciplinary
Board dated November 18, 2011, and fol-
lowing oral argument, it is hereby

ORDERED that Melvin T. Sharpe, Jr.,
is disbarred from the Bar of this Common-
wealth and he shall comply with all the
provisions of Rule 217, Pa.R.D.E. It is
further ORDERED that respondent shall
pay costs to the Disciplinary Board pursu-
ant to Rule 208(g), Pa.R.D.E.